UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH KREBS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CASE NUMBER   1:06CV00790 |
| | § | |
| WORLDWIDE NETWORK SERVICES, | § | JUDGE: James Robertson |
| L.L.C., *et al*, | § | |
| | § | DECK TYPE: Employment Discrimination |
| | § | |
| Defendant. | § | DATE STAMP: 04/__/2006 |

## ORDER

Pending before the court is Plaintiff Joseph Krebs's ("Krebs") motion for reconsideration (Instrument No. 21). In his motion, Krebs asks the court to reconsider its memorandum opinion and order dismissing his case without prejudice (Instrument No. 19) and transfer this case to the United States District Court for the District of Columbia. After considering Krebs's motion and Defendants' response, the court **ORDERS** that Krebs's motion is **GRANTED**. Accordingly, it is hereby

**ORDERED** that the case is reinstated on the docket of this Court, and it is further

**ORDERED** that this case is transferred to the United States District Court for the District of Columbia.

Signed at Houston, Texas, this 18th day of April, 2006.

                                                                   *Melinda Harmon*
                                                                   Melinda Harmon
                                                                   United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
                              Deputy Clerk