APPEAL, CLOSED, MOTREF, TRANSFERRED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:05-cv-00794
### Internal Use Only

Krebs v. Worldwide Network Services, L..L.C. et al
Assigned to: Judge Melinda Harmon
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/11/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Krebs**　　　　represented by **Melissa Moore**
Moore & Associates
440 Louisiana St
Ste 710
Houston, TX 77002
713-222-6775
Fax: 713-222-6739 fax
Email: melissamoore@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Worldwide Network Services, L..L.C.**　　　　represented by **Nicholas A Foley**
Neligan Tarpley et al
1700 Pacific Ave
Ste 2600
Dallas, TX 75201
214-840-5330
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefanie Martin Klein**
Neligan Tarply et al
1700 Pacific Ave
Ste 2600
Dallas, TX 75201
214-840-5336
Fax: 214-840-5301

Email: sklein@neliganlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walter L Gray**
*Individually*

represented by **Nicholas A Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefanie Martin Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reginald S Bailey, Sr**
*Individually*

represented by **Nicholas A Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefanie Martin Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Smith**
*Individually*

represented by **Nicholas A Foley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stefanie Martin Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2005 | 1 | COMPLAINT against all defendants (Filing fee $ 250) filed by all plaintiffs. (Attachments: # 1 Filing letter)(Moore, Melissa) (Entered: 03/11/2005) |
| 03/11/2005 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/18/2005 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy. Parties notified. (lfilmore, ) (Entered: 03/14/2005) |
| 03/14/2005 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/18/2005 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy.( Signed by Judge |

| | | |
|---|---|---|
| | | Melinda Harmon ) Parties notified.(mewilliams, ) (Entered: 03/14/2005) |
| 03/17/2005 | | Filing fee re: 1 Complaint: $ 250.00, receipt number 554505 , filed. (agould, ) (Entered: 03/17/2005) |
| 03/23/2005 | 4 | CERTIFICATE OF INTERESTED PARTIES by all plaintiffs, filed. (Attachments: # 1 Filing letter)(Moore, Melissa) (Entered: 03/23/2005) |
| 05/13/2005 | 5 | MOTION to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the alternative, MOTION to Transfer Case to United States District Court for the District of Columbia by all defendants, filed. Motion Docket Date 6/2/2005. (Attachments: # 1 Proposed Order (transfer venue)# 2 Proposed Order (dismissal))(rkonieczny, ) (Entered: 05/13/2005) |
| 05/17/2005 | 6 | DECLARATION by Reginald S Bailey, Sr, filed.(rroberts, ) (Entered: 05/17/2005) |
| 05/17/2005 | 7 | DECLARATION by Walter L Gray, filed.(rroberts, ) (Entered: 05/17/2005) |
| 05/17/2005 | 8 | DECLARATION by Al Smith, filed.(rroberts, ) (Entered: 05/17/2005) |
| 06/01/2005 | 9 | RESPONSE in Opposition to 5 MOTION to Dismiss MOTION to Transfer Case to United States District Court for the District of Columbia MOTION to Transfer Case to United States District Court for the District of Columbia, filed by Joseph Krebs. (sfedele, ) (Entered: 06/02/2005) |
| 07/15/2005 | 10 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by all parties, filed. (Moore, Melissa) (Entered: 07/15/2005) |
| 07/18/2005 | | Minute Entry for proceedings held before Judge Frances H Stacy. SCHEDULING CONFERENCE held on 7/18/2005, docket control order to follow. Appearances:Stephanie M. Klein, M Owens.(Court Reporter: ERO) (ERO:J Schon), filed.(bwhite, ) (Entered: 07/18/2005) |
| 07/21/2005 | 11 | SCHEDULING ORDER: Trial Term: two weeks starting 9/11/06. Amended Pleadings due by 12/1/2005 Joinder of Parties due by 12/1/2005 Pltf Expert Witness List due by 1/11/2006 Pltf Expert Report due by 1/11/2006 Deft Expert Witness List due by 3/1/2006 Deft Expert Report due by 3/1/2006 Discovery due by 5/1/2006 Dispositive Motion Filing due by 6/1/2006 Non-Dispositive Motion Filing due by 6/1/2006 Joint Pretrial Order due by 8/28/2006 Docket Call set for 9/8/2006 at 01:30 PM in Courtroom 9C before Judge Melinda Harmon.( Signed by Judge Melinda Harmon ) Parties notified.(dhansen) (Entered: 07/21/2005) |
| 08/22/2005 | 12 | CERTIFICATE LISTING OF ALL FINANCIALLY INTERESTED ENTITIES; by all defendants, filed.(mkadlubowski, ) (Entered: 08/22/2005) |
| 08/22/2005 | 13 | INITIAL DISCLOSURES by Joseph Krebs, filed.(Moore, Melissa) (Entered: 08/22/2005) |
| 11/04/2005 | 14 | Opposed MOTION to Compel Discovery by Joseph Krebs, filed. Motion |

| | | |
|---|---|---|
| | | Docket Date 11/25/2005. (Moore, Melissa) (Entered: 11/04/2005) |
| 11/14/2005 | 15 | ORDER: Pltfs 14 Opposed MOTION to Compel Discovery is REFERRED to Magistrate Judge Frances Stacy for prompt resolution.( Signed by Judge Melinda Harmon ) Parties notified.(psmith, ) (Entered: 11/15/2005) |
| 02/01/2006 | 16 | ORDER: Pltfs 14 Motion to Compel Discovery is DENIED, but without prejudice to being re-filed along with a copy of the actual discovery requests and responses thereto that are at issue .( Signed by Judge Frances H Stacy ) Parties notified.(psmith, ) (Entered: 02/01/2006) |
| 02/15/2006 | 17 | Amended MOTION to Compel Discovery Responses by Joseph Krebs, filed. Motion Docket Date 3/7/2006. (Attachments: # 1 Exhibit Exhibit A)(Moore, Melissa) (Entered: 02/15/2006) |
| 02/16/2006 | | ***MOTIONS REFERRED to Magistrate Judge Frances Stacy: 17 Amended MOTION to Compel Discovery Responses. (htippen, ) (Entered: 02/16/2006) |
| 03/01/2006 | 18 | RESPONSE to 17 First Amended MOTION to Compel Discovery Responses, filed by all plaintiffs. (mkallie, ) (Entered: 03/02/2006) |
| 03/09/2006 | 19 | MEMORANDUM OPINION AND ORDER: Defts Walter Gray, Al Smith, Reginald Bailey Sr and Worldwide Network Services' 5 MOTION to Dismiss for lack of personal jurisdiction is GRANTED. Pltfs claim is DISMISSED without prejudice.( Signed by Judge Melinda Harmon ) Parties notified.(psmith, ) (Entered: 03/10/2006) |
| 03/09/2006 | | ***Case Terminated. (psmith, ) (Entered: 03/10/2006) |
| 03/16/2006 | 20 | MOTION for Reconsideration of 19 Memorandum & Order, by Joseph Krebs, filed. Motion Docket Date 4/5/2006. (Moore, Melissa) (Entered: 03/16/2006) |
| 04/05/2006 | 21 | RESPONSE in Opposition to 20 MOTION for Reconsideration of 19 Memorandum & Order,, filed by all defendants. (Klein, Stefanie) (Entered: 04/05/2006) |
| 04/07/2006 | 22 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Joseph Krebs (Filing fee $ 255), filed.(Moore, Melissa) (Entered: 04/07/2006) |
| 04/10/2006 | 23 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re: 22 Notice of Appeal. Fee status: paid, filed.(jdavenport, ) (Entered: 04/10/2006) |
| 04/18/2006 | 24 | ORDER: Pltfs 20 Motion for Reconsideration is GRANTED. The case is reinstated on the docket of this court and this case is TRANSFERRED to the District of Columbia .( Signed by Judge Melinda Harmon ) Parties notified. (psmith, ) (Entered: 04/18/2006) |
| 04/18/2006 | | Interdistrict transfer to the District of Columbia. Certified copy of transfer |

| | | order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by certified mail , filed. (psmith, ) (Entered: 04/18/2006) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
        Deputy Clerk