UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH KREBS | ) | |
| | ) | |
| Plaintiff | ) | **APPEARANCE** |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 06-0790 (JR) |
| | ) | |
| WALTER GRAY Individually | ) | |
| AL SMITH Individually | ) | |
| REGINALD S. BAILEY, SR. Individually | ) | |
| And WORLDWIDE NETWORK SERVICES, LLC | ) | |
| | ) | |
| Defendants | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of **Karla J. Letsche** and **Patricia H. Wittie** of Oldaker, Biden & Belair, LLP, as counsel in this case for defendants Walter Gray, Al Smith, Reginald S. Bailey, Sr., and Worldwide Network Services, LLC.

_5/15/06_
Date

_[signature]_
Signature

Patricia H. Wittie
D.C. Bar No. 943100
Oldaker, Biden & Belair, LLP
818 Connecticut Ave., NW, Ste. 1100
Washington, DC 20036
202-496-3493 (Direct Dial)

_5/15/06_
Date

_[signature]_
Signature

Karla J. Letsche
D.C. Bar No. 925107
Oldaker, Biden & Belair, LLP
818 Connecticut Ave., NW, Ste. 1100
Washington, DC 20036
202-496-3491 (Direct Dial)