UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH KREBS | ) |
|     Plaintiff | ) **APPEARANCE** |
| v. | ) Civil Action |
| | ) No. 06-0790 (JR) |
| WALTER GRAY Individually | ) |
| AL SMITH Individually | ) |
| REGINALD S. BAILEY, SR. Individually | ) |
| And WORLDWIDE NETWORK SERVICES, LLC | ) |
|     Defendants | ) |

To the Clerk of this court and all parties of record:

Please enter the appearance of **Karla J. Letsche** and **Patricia H. Wittie** of Oldaker, Biden & Belair, LLP, as counsel in this case for defendants Walter Gray, Al Smith, Reginald S. Bailey, Sr., and Worldwide Network Services, LLC.

_5/15/06_
Date

_/s/ Patricia H. Wittie_
Signature

Patricia H. Wittie
D.C. Bar No. 943100
Oldaker, Biden & Belair, LLP
818 Connecticut Ave., NW, Ste. 1100
Washington, DC 20036
202-496-3493 (Direct Dial)

_5/15/06_
Date

_/s/ Karla J. Letsche_
Signature

Karla J. Letsche
D.C. Bar No. 925107
Oldaker, Biden & Belair, LLP
818 Connecticut Ave., NW, Ste. 1100
Washington, DC 20036
202-496-3491 (Direct Dial)