UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH KREBS,                          :
                                       :
        Plaintiff,                     :
                                       :
  v.                                   :   Civil Action No. 06-0790 (JR)
                                       :
WORLDWIDE NETWORK SERVICES,            :
L.L.C., *et al.*,                      :
                                       :
        Defendants.                    :

### ORDER

A status conference was set for November 16, 2006. Plaintiff did not appear at the status conference and has filed no motions since his case was transferred to this court in April 2006. It is hereby

**ORDERED** that plaintiff show cause within thirty days of the date of this order why this case should not be dismissed for want of prosecution. The Clerk is directed to send notice of this order to plaintiff's last known address.

                                    JAMES ROBERTSON
                        United States District Judge