**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH KREBS, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 06-0790 (JR) |
| | : |
| WORLDWIDE NETWORK SERVICES, L.L.C., *et al.*, | : |
| | : |
|     Defendants. | : |

### ORDER

Plaintiff having made no response to the order to show cause issued on November 16, 2006 [#4], it is by the Court <u>sua sponte</u> **ORDERED** that this case is **dismissed for want of prosecution**. This is a final, appealable order.

                                                JAMES ROBERTSON
                              United States District Judge